UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARIA NERISA CARINGAL MAGBOJOS,

                        Plaintiff,

                                                          JUDGMENT
                                                          18-cv-3520 (ARR) (JO)

     v.

GRANDISON MANAGEMENT, INC.,
RUSSELL NERSBSOV, D.C. d/b/a SPINE
CARE CLUB, REHAB SYNERGY PT, P.O.,
and BASILIO E. LOPEZ,

                     Defendants.
------------------------------------------------------------ X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 21, 2019, granting the motion to confirm arbitration award and enter judgment; it is

       ORDERED and ADJUDGED that the motion to confirm arbitration award and enter judgment is granted; that judgment is hereby entered in Claimant Grandison Management Inc's favor and is awarded the sum of $28,310.68 plus $9,835.00 in arbitration costs, for a total of $38,145.68; and that the final award is in full settlement of all claims and counterclaims and all requests for relief submitted to this Arbitration.

Dated: Brooklyn, NY                                                  Douglas C. Palmer
       November 22, 2019                                       Clerk of Court

                                                                            By: /s/*Jalitza Poveda*
                                                                                     Deputy Clerk